ACCEPTED
05-17-01386
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 11:44 AM
LISA MATZ
CLERK

No. 05-17-01386-CV

_____

In the Texas Court of Appeals
Fifth Judicial District at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 11:44:23 AM
LISA MATZ
Clerk

_____

**Guarav Mishra**
**Appellant,**
**v.**
**Shilpa Mishra,**
**Appellee.**

_____

On Appeal from the 219th Judicial District
Court of Collin County, Texas
Cause No. 219-55658-2017

_____

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF**

_____

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Guarav Mishra files this Unopposed Motion for Extension of Time to File Appellant's Brief, and respectfully show the Court the following:

1. The deadline to file Appellants' Brief is currently February 1, 2018.

2. For the following reason, Appellant requests a 30-day extension of time to file Appellant's Brief, making the new deadline March 1, 2018.

1

3. This is the second request for an extension of time by Appellant.

4. Appellant needs additional time to file his brief because of unavoidable conflicts in other trial matters.

Appellant, Guarav Mishra, respectfully requests an extension of thirty days from February 1, 2018, up to and including Thursday, March 1, 2018, in which to file it's Appellant's Brief.

Respectfully submitted,

*/s/ Thomas S. Howery*
Sanjay S. Mathur
Texas Bar Number 00794215
Thomas S. Howery
Texas Bar Number 24075399
Mathur Law Offices, P.C.
2989 N. Stemmons Freeway
Suite 1000
Dallas, Texas 75247
Telephone: (214) 378-8880
Facsimile: (214) 378-8890
Email:
service@mathurlawoffices.com
*Counsels for Appellant*

## Certificate of Conference

I certify that counsel for Appellant and Appellee have conferred regarding this Motion for Extension of Time and counsel for Appellee is unopposed to this motion.

/s/ Thomas S. Howery
Thomas S. Howery


## Certificate of Service

I certify that a true and correct copy of the foregoing was served on the following this 31st day of January, 2018, pursuant to the rules:


Kevin Davidson -*via efile eservice*
Gray Reed
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Tel: 214-954-4135
Fax: 469-320-6906
Email: kdavidson@grayreed.com

Counsel for Appellee

/s/ Thomas S. Howery
Thomas S. Howery